IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) FIRST CHRISTIAN CHURCH OF MIAMI, <br><br> Plaintiff, <br><br> v. <br><br> (1) ARGONAUT GREAT CENTRAL INSURANCE COMPANY, <br><br> Defendant. | Case No. 12-CV-00260-JED-PJC |

## STIPULATION FOR DISMISSAL WITH PREJUDICE

COME NOW the parties, First Christian Church of Miami, Plaintiff, and Argonaut Great Central Insurance Company, Defendant, by and through their counsel of record, and announce to the Court that the matter in controversy between them is no longer at issue. The parties stipulate as follows:

1. That all claims, demands or causes of action asserted or which could have been asserted herein by and between the parties is hereby DISMISSED WITH PREJUDICE.

2. Each party shall bear its own attorneys' fees, costs and expenses arising from the action.

| | |
|---|---|
| *s/ Brandon D. Watkins* <br> Brandon D. Watkins, OBA #18868 <br> Watkins Law Office <br> 1305 South Main Street <br> Grove, OK  74344-5305 <br> Telephone: 918-787-2060 <br> Facsimile: 918-791-3191 <br> *Attorneys for Plaintiff* | *s/ Rodney D. Stewart* <br> Rodney D. Stewart, OBA #15105 <br> Stewart Law Firm <br> 6915 N. Classen Blvd., Suite A <br> Oklahoma City, OK 73116 <br> Telephone: 405-601-6060 <br> Facsimile: 405-601-6363 <br> Attorneys for Defendant |